### NYLIN v. AMERICAN TRUST & SAVINGS BANK.

(Circuit Court of Appeals, Seventh Circuit. October 6, 1908.)

#### No. 1,436.

Petition to Review and Revise a Decree of the District Court of the United States for the Eastern Division of the Northern District of Illinois.

Newton Wyeth, for petitioner.
Louis S. Gibson, for respondent.

Before GROSSCUP, BAKER, and SEAMAN, Circuit Judges.

PER CURIAM. The matter for review having been disposed of on appeal in cause No. 1,435 (166 Fed. 276), the petition herein is dismissed, without prejudice.